UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                           2:05-cr-52-FtM-29SPC

THOMAS D. CHILCOTT
_____

## ORDER

This matter comes before the Court on Report and Recommendation (Doc. #104) filed on March 5, 2007. No objections have been filed, and the time to do so has expired. After reviewing the matter *de novo*, the Court adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED**:

The Report and Recommendation (Doc. #104) is **adopted**. The Clerk of the Court shall enter an amended judgment setting forth the restitution amounts set forth on the chart on pages 3-6 of the Report and Recommendation. All other portions of the criminal judgment shall remain as originally ordered.

**DONE AND ORDERED** at Fort Myers, Florida, this ___27th___ day of March, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Don Traurig